No. 57536.—W. E. Lindemann et al. *v.* United States, protests 59201–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of bowls and vases the same in all material respects as those the subject of Abstract 55073, the claim of the plaintiffs was sustained.